UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY DARVELL HENRICKS, | ) | Case No. CV 12-9508 FMO (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| RICHARD IVES, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 20, 2013               _____/s/_____
                                 HON. FERNANDO M. OLGUIN
                                 UNITED STATES DISTRICT JUDGE